UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CROWN CENTRAL PETROLEUM )
CORPORATION, )
) CIVIL ACTION NO.
) MJG 01 CV 1932
Plaintiff, )
)
v. ) JOINT STIPULATION FOR
) TEMPORARY SUSPENSION OF
HOME INDEMNITY COMPANY, d/b/a ) SCHEDULING ORDER
HOME INSURANCE COMPANY, and )
HOME INSURANCE COMPANY, )
)
)
Defendants. )

Under the current Scheduling Order, dated August 20, plaintiff's Fed. R. Civ. P. 26(a)(2) disclosures re: experts are due on October 19, 2001. Other deadlines follow the deadline regarding experts. The parties currently are exploring settlement opportunities and, if they are successful in attaining a settlement, expert disclosures by the parties will not be necessary. Accordingly, the parties, by their respective counsel, and pursuant to Guideline 2(a) of the Discovery Guidelines of the United States District Court for the District of Maryland, hereby stipulate and agree to respectfully request that this Court suspend the Scheduling Order entered in the above captioned matter until December 1, 2001 to allow the parties to resolve this matter.

Dated: October 3, 2001

*Mark Kolman/MJ*
Mark Kolman, Esq.
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
 OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

*John F. O'Connor/MJ-w/ permission*
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED:
*Marvin J. Garbis* 10/4/01
Hon. Marvin J. Garbis
United States District Judge

13246 v1; @7Y01!.DOC

