```
                FILED
          U.S. DISTRICT COURT
          DISTRICT OF IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
          2001 DEC -7  P 3:53
```

CROWN CENTRAL PETROLEUM     *
CORPORATION
          CLERK'S OFFICE
          AT BALTIMORE
             Plaintiff        *
                BY_____DEPUTY

vs.                           *        CIVIL ACTION NO. MJG-01-1932

HOME INDEMNITY COMPANY,       *
d/b/a HOME INSURANCE COMPANY,
et al.                        *

             Defendants       *

*     *     *     *     *     *     *     *     *

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

It appears that the parties are actively engaged in settlement discussions and wish this case to remain inactive until it can be closed by settlement or the parties have concluded, unsuccessfully, their negotiations. It further appears that there is no reason for this case to remain in active and open status provided that it can be reopened if, and when, necessary without adverse effect upon the rights of any party hereto. Accordingly:

1. This case is STAYED until February 15, 2002 pending conclusion of ongoing settlement negotiations.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by February 28, 2002) of any party hereto based upon the failure to consummate the settlement proceeding or other good cause.

3. The administrative closing of this case shall not affect any rights of the respective parties in this, or any other, proceeding.

4. The Clerk of the Court shall send copies of this Order to all parties or their counsel of record.

SO ORDERED THIS  6th  DAY OF December, 2001

_____
Marvin J. Garbis
United States District Judge