UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CENTRAL PETROLEUM CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>HOME INDEMNITY COMPANY, d/b/a HOME INSURANCE COMPANY, and HOME INSURANCE COMPANY,<br><br>           Defendants. | CIVIL ACTION NO.<br>MJG 01 CV 1932<br><br>JOINT STIPULATION FOR TEMPORARY SUSPENSION OF SCHEDULING ORDER |

Under the Scheduling Order, dated August 20, 2001 plaintiff's Fed. R.Civ. P. 26(a)(2) disclosures re: experts were due on October 19, 2001. Other deadlines followed the deadline regarding experts. The parties are continuing their efforts to explore settlement opportunities and, if they are successful in attaining a settlement, expert disclosures by the parties will not be necessary. Accordingly, the parties, by their respective counsel, and pursuant to Guideline 2(a) of the Discovery Guidelines of the United States District Court for the District of Maryland, hereby stipulate and agree to respectfully request that this Court continue its suspension of the Scheduling Order entered in the above captioned matter until February 15, 2002 to allow the parties to resolve this matter. At that time, Plaintiff's expert reports will be due (30) thirty days thereafter and all other deadlines will follow as set forth in the August 20, 2001 Scheduling Order.

Dated: December 5, 2001

*Mark Kolman / mj*
Mark Kolman, Esq.  USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

*John O'Connor / w/ permission - mj*
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED.

*Marvin J. Garbis*
Hon. Marvin J. Garbis
United States District Judge

1378337 v1; TJJ501!.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2001, a true and correct copy of the Joint Stipulation for Temporary Suspension of Scheduling Order was served by messenger, upon:

Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

Margaret Feinstein