UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CENTRAL PETROLEUM CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HOME INDEMNITY COMPANY, d/b/a HOME INSURANCE COMPANY, and HOME INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO. MJG 01 CV 1932 <br><br> JOINT STIPULATION FOR EXTENSION OF ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE |

Under this Court's Order Staying and Administratively Closing Case, dated December 6, 2001, this Court stayed this case until February 15, 2002, pending conclusion of ongoing settlement negotiations. The Court also ordered the Clerk of the Court to administratively close this case for possible reopening pursuant to further Order of this Court upon the application, by February 28, 2002, of any party hereto based upon the failure to consummate the settlement proceeding or other good cause. The parties hereby report that they are still pursuing settlement and respectfully request that these dates be extended for an additional three months, until May 15, 2002 and May 28, 2002, respectively.

Dated: February 8, 2002

_Mark Kolman / m_
Mark Kolman, Esq.  USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

_John F. O'Connor - w/permission/mt_
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED: _____ 2/14/02
Hon. Marvin J. Garbis
United States District Judge

1378337 v1; TJJ501!.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2002, a true and correct copy of the Joint Stipulation for Extension of Order and Administratively Closing Case was served by messenger, upon:

Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

*Margaret Feinstein*
Margaret Feinstein

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2277
E-Mail Address: FeinsteinM@dsmo.com

February 8, 2002

**VIA MESSENGER**

Clerk's Office
U.S. District Court
District of Maryland
Fourth Floor,
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Crown Central Petroleum Corporation v. Home Indemnity Company,
       d/b/a Home Insurance Company and Home Insurance Company,*
       Civil Action No. MJG 01 CV 1932

Dear Sir or Madam:

Enclosed please find an original and two copies of a Joint Stipulation for Extension of Order Staying and Administratively Closing Case.

I also have enclosed a courtesy copy of this document for the Chambers of the Court. Finally, I have enclosed an extra copy of this document, and request that you file-stamp it and return it to me with our messenger. Please contact me at 202-828-2277 if you have any questions regarding this matter.

Thank you for your assistance.

Sincerely,

Margaret Feinstein

Margaret Feinstein

MF/bls
Enclosures

1177 Avenue of the Americas • 41st Floor • New York, New York 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.legalinnovators.com

1404570 v1; %3R%01!.DOC