UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CENTRAL PETROLEUM CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HOME INDEMNITY COMPANY, d/b/a HOME INSURANCE COMPANY, and HOME INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO. MJG 01 CV 1932 <br><br> JOINT STIPULATION FOR EXTENSION OF ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE |

Under this Court's Order Staying and Administratively Closing Case, dated December 6, 2001, this Court stayed this case until February 15, 2002, pending conclusion of ongoing settlement negotiations. The Court also ordered the Clerk of the Court to administratively close this case for possible reopening pursuant to further Order of this Court upon the application, by February 28, 2002, of any party hereto based upon the failure to consummate the settlement proceeding or other good cause. This deadline has been extended pending settlement negotiations. The parties hereby report that they are still pursuing settlement and respectfully request that these dates be extended until April 15, 2003 and April 28, 2003, respectively.

Dated: January 7, 2003

_Mark Kolman/mf_
Mark Kolman, Esq.   USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

_John F. O'Connor/w permission_
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED:

_[signature]_ 1/9/03
Hon. Marvin J. Garbis
United States District Judge

1378337 v3; TJJ503!.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2003, a true and correct copy of the Joint Stipulation for Extension of Order and Administratively Closing Case was served by facsimile and mail, upon:

>Steven K. Davidson, Esq.
>John F. O'Connor, Esq.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Ave., N.W.
>Washington, D.C. 20036

*/s/ Margaret Feinstein*
Margaret Feinstein

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2277
E-Mail Address: FeinsteinM@dsmo.com

January 7, 2003

**VIA MESSENGER**

Clerk's Office
U.S. District Court
District of Maryland
Fourth Floor,
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Crown Central Petroleum Corporation v. Home Indemnity Company, d/b/a Home Insurance Company and Home Insurance Company,*
      Civil Action No. MJG 01 CV 1932

Dear Sir or Madam:

Enclosed, please find an original and two copies of a Joint Stipulation for Extension of Order Staying and Administratively Closing Case.

I also have enclosed a courtesy copy of this document for the Chambers of the Court. Finally, I have enclosed an extra copy of this document, and request that you file-stamp it and return it to me with our messenger. Please contact me at 202-828-2277 if you have any questions regarding this matter.

Thank you for your assistance.

Sincerely,

Margaret Feinstein

MF/bls
Enclosures

1177 Avenue of the Americas • 41st Floor • New York, New York 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.legalinnovators.com

1404570 v1; %3R%01!.DOC