UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CROWN CENTRAL PETROLEUM
CORPORATION,

    Plaintiff,

v.

HOME INDEMNITY COMPANY, d/b/a
HOME INSURANCE COMPANY, and
HOME INSURANCE COMPANY,

    Defendants.

CIVIL ACTION NO
MJG 01 CV 1932

JOINT STIPULATION FOR
EXTENSION OF ORDER
STAYING AND
ADMINISTRATIVELY CLOSING
CASE

Under this Court's Order Staying and Administratively Closing Case, dated December 6, 2001, this Court stayed this case until February 15, 2002, pending conclusion of ongoing settlement negotiations. The Court also ordered the Clerk of the Court to administratively close this case for possible reopening pursuant to further Order of this Court upon the application, by February 28, 2002, of any party hereto based upon the failure to consummate the settlement proceeding or other good cause. This deadline has been extended pending settlement negotiations. The parties hereby report that defendants are now in liquidation and respectfully request that these dates be extended until December 15, 2003 and December 30, 2003, respectively so that the parties hereto may determine the appropriate course of action.

Dated: September 17, 2003

_____
Mark Kolman, Esq. USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

_____
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED; on 18 September, 2003

_____/s/_____
Hon. Marvin J. Garbis
United States District Judge

1378337 v5; TJJ505!.DOC