UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CENTRAL PETROLEUM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOME INDEMNITY COMPANY, d/b/a HOME INSURANCE COMPANY, and HOME INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO.<br>MJG 01 CV 1592<br><br>JOINT STIPULATION FOR EXTENSION OF STAY |

Plaintiff Crown Central Petroleum and Defendant the Home Insurance Company, individually and as successor-in-interest to Defendant the Home Indemnity Company, hereby report that defendants are in liquidation. The parties therefore respectively request that this Court continue its stay in this action until April 15, 2005 of all deadlines set forth in its Scheduling Order so that the parties hereto may determine the appropriate course of action.

Dated: October 8, 2004

__/ s /_____ Mark H. Kolman___
Mark Kolman, Esq.  USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

__/ s /_____ Steven K. Davidson
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED:

_____
Hon. Marvin J. Garbis
United States District Judge