UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CENTRAL PETROLEUM CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>HOME INDEMNITY COMPANY, d/b/a HOME INSURANCE COMPANY, and HOME INSURANCE COMPANY,<br><br>  Defendants | CIVIL ACTION NO.<br>MJG 01 CV 1932<br><br>JOINT STIPULATION FOR EXTENSION OF ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE |

Under this Court's Order Staying and Administratively Closing Case, dated December 6, 2001, this Court stayed this case until February 15, 2002, pending conclusion of ongoing settlement negotiations. The Court also ordered the Clerk of the Court to administratively close this case for possible reopening pursuant to further Order of this Court upon the application, by February 28, 2002, of any party hereto based upon the failure to consummate the settlement proceeding or other good cause. This deadline has been extended pending settlement negotiations. The parties hereby report that defendants are now in liquidation and respectfully request that these dates be extended until October 14, 2005, respectively so that the parties hereto may determine the appropriate course of action.

Dated: April 12, 2005

/s/         Mark H. Kolman
Mark H. Kolman, Esq., USDC Bar No. 00424
Jerold Oshinsky, Esq.
Margaret Feinstein, Esq.
DICKSTEIN SHAPIRO MORIN &
  OSHINSKY LLP
2101 L St., NW
Washington, D.C. 20037-1526

/s/       Steven K. Davidson
Steven K. Davidson, Esq.
John F. O'Connor, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

SO ORDERED, on Thursday, April 14, 2005

             /s/
Marvin J. Garbis
United States District Judge

DSMDB.1378337.10